**2002–2130.  State v. McKnight.**
Vinton C.P. No. 01CR7230. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Vinton County. Upon consideration of appellant's motion to unseal portions of the record filed under seal,

IT IS ORDERED by the court that the motion to unseal portions of the record filed under seal be, and hereby is, granted, and the juror questionnaires and all other portions of the record submitted to this court by the Vinton County Clerk's Office shall be unsealed.